UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SUSAN CHIAPPETTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 2:15-cv-00462-JVB-JEM |
| | ) |
| NISOURCE, INC., d/b/a NORTHERN INDIANA PUBLIC SERVICE CO., | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this lawsuit with prejudice. The parties shall bear her/its own costs and attorneys' fees.

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| *s/ Eric J. Hartz* | */s/ Alan L. McLaughlin* (by permission) |
| John H. Haskin (7576-49) | Alan L. McLaughlin (10182-49) |
| Eric J. Hartz (29676-49) | Whitney A. Caldwell (47084) |
| JOHN H. HASKIN & ASSOCIATES | LITTLER MENDELSON, P.C. |
| 255 North Alabama Street, 2nd Floor | 111 Monument Circle, Suite 702 |
| Indianapolis, Indiana  46204 | Indianapolis, IN 46204 |
| Telephone:     (317) 955-9500 | Telephone: (317) 287-3600 |